FILED
CLERK, U.S. DISTRICT COURT
2/24/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-cr-00073-MWF |
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 371: Conspiracy] |
| SHORESIDE ENTERPRISES, INC., | [CLASS A MISDEMEANOR] |
| Defendant. | |

The Acting United States Attorney charges:

[18 U.S.C. § 371]

A.  INTRODUCTORY ALLEGATIONS

At times relevant to this Information:

1. Defendant SHORESIDE ENTERPRISES, INC. ("SHORESIDE") was a Florida corporation located at 6345 Newton Circle in Tampa, Florida. Defendant SHORESIDE distributed male sexual enhancement pills to retail locations across the United States.

2. Co-conspirator #1 was the owner and president of defendant SHORESIDE. Co-conspirator #1 was responsible for ordering male sexual enhancement pills from defendant SHORESIDE's suppliers.

3. Co-conspirator #2 supplied male sexual enhancement pills to defendant SHORESIDE. Co-conspirator #2 owned and operated several

businesses between 2011 and 2017 for the purpose of manufacturing and distributing male sexual enhancement pills that he marketed as herbal remedies but that in fact contained undisclosed Tadalafil, an active pharmaceutical ingredient.  Each of Co-conspirator #2's pill businesses was located in the Central District of California.

4.   Co-conspirator #3 worked for Co-conspirator #2 as an office assistant from approximately 2014 to 2017.

B.   THE OBJECT OF THE CONSPIRACY

5.   Beginning on a date unknown to the United States Attorney and continuing to on or about February 17, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant SHORESIDE, together with others known and unknown to the Acting United States Attorney, including Co-conspirators #1, #2, and #3, knowingly conspired to introduce and cause the introduction of misbranded drugs into interstate commerce, in violation of Title 21, United States Code, Sections 331(a), 352, 333(a)(1).

C.   MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED

6.   The object of the conspiracy was to be accomplished, in substance, as follows:

    a.   Co-conspirator #2 would import shipments of bulk Tadalafil from suppliers in China.

    b.   After Co-conspirator #2 received the bulk Tadalafil in the Central District of California, he would cause the bulk Tadalafil to be manufactured into pills that Co-conspirators #2 and #3 would sell in packages whose labeling did not disclose the presence of Tadalafil, and whose labeling falsely stated that no prescription was necessary, even though the pills were in fact prescription drugs.

   c. Defendant SHORESIDE and Co-conspirator #1 would place orders for the misbranded pills with Co-conspirators #2 and #3.

   d. Co-conspirator #3 would fulfill the orders placed by defendant SHORESIDE and Co-conspirator #1 by shipping the misbranded drugs from the Central District of California to defendant SHORESIDE and Co-conspirator #1 in Tampa, Florida.

   e. When the FDA announced that a certain brand of Co-conspirator #2's pills was tainted because the pills contained undeclared Tadalafil, defendant SHORESIDE and Co-conspirator #1 would begin buying a replacement brand of pills, with an identical formula (including Tadalafil) but different brand name, from Co-conspirators #2 and #3.  For example:

    i. After the FDA announced in December 2015 that Co-conspirator #2's white "X Again" pills were tainted because they contained undisclosed Tadalafil, defendant SHORESIDE and Co-conspirator #1 would begin buying a replacement brand of pills from Co-conspirators #2 and #3, branded "X Monster," which had the same formula and price as the tainted "X Again" pills and similar labeling that failed to disclose the presence of Tadalafil.

    ii. After the FDA announced in August 2016 that Co-conspirator #2's gold "Master Zone" pills were tainted because they contained undisclosed Tadalafil, defendant SHORESIDE and Co-conspirator #1 would begin buying a replacement gold pill from Co-conspirators #2 and #3, branded "Royal Master," which had the same formula and price as the tainted "Master Zone" pills and similar labeling that failed to disclose the presence of Tadalafil.

    iii. After the FDA announced in August 2016 that Co-conspirator #2's silver "One More Knight" pills were tainted because

they contained undisclosed Tadalafil, defendant SHORESIDE and Co-conspirator #1 would begin buying a replacement silver pill from Co-conspirators #2 and #3, branded "Own the Knight," which had the same formula and price as the tainted "One More Knight" pills and similar labeling that failed to disclose the presence of Tadalafil.

7. Defendant SHORESIDE and Co-conspirator #1 would resell and distribute the replacement pills to retail locations across the United States, despite knowing that the pills had the same formula and misleading packaging as the misbranded pills that the FDA had declared were tainted.

D. OVERT ACTS

8. On or about the following dates, in furtherance of the conspiracy and to accomplish its object, defendant SHORESIDE, and others both known and unknown to the Acting United States Attorney, including Co-conspirators #1, #2, and #3, committed various overt acts within the Central District of California and elsewhere, including, but not limited to, the following:

Overt Acts Nos. 1 Through 68: On or about the following dates, pursuant to orders made by defendant SHORESIDE and Co-conspirator #1, Co-conspirators #2 and #3 shipped the following quantities of misbranded pills from the Central District of California to defendant SHORESIDE in Tampa, Florida:

//
//
//
//
//
//

| Overt Act | Date | Invoice No. | Pill Quantity | | |
|---|---|---|---|---|---|
| | | | White Pills: "X Again" & "X Monster" | Gold Pills: "Master Zone" & "Royal Master" | Silver Pills: "One More Knight" & "Own the Knight" |
| 1 | 12/22/2015 | 3022 | 3,312 | – | 1,800 |
| 2 | 12/29/2015 | 3027 | 2,880 | – | – |
| 3 | 1/7/2016 | 3039 | | 600 | 3,240 |
| 4 | 1/20/2016 | 3053 | 7,200 | – | – |
| 5 | 1/26/2016 | 3056 | – | – | 2,040 |
| 6 | 2/1/2016 | 3065 | – | 1,200 | 1,800 |
| 7 | 2/3/2016 | 3068 | 2,640 | – | – |
| 8 | 2/3/2016 | 3069 | – | 3,240 | 600 |
| 9 | 2/10/2016 | 3080 | – | – | 2,840 |
| 10 | 2/24/2016 | 3005 | 2,640 | – | 1,200 |
| 11 | 3/1/2016 | 5003 | 8,880 | 600 | 2,040 |
| 12 | 3/11/2016 | 5016 | – | – | 1,800 |
| 13 | 3/23/2016 | 5029 | – | – | 1,200 |
| 14 | 3/30/2016 | 5037 | – | 1,200 | 5,040 |
| 15 | 4/14/2016 | 5051 | – | 600 | 2,840 |
| 16 | 4/25/2016 | 5062 | 1,440 | – | 1,200 |
| 17 | 4/29/2016 | 5072 | 1,800 | – | – |
| 18 | 5/9/2016 | 5079 | 1,200 | 600 | 2,640 |
| 19 | 5/10/2016 | 5081 | 2,040 | 2,040 | 600 |
| 20 | 5/18/2016 | 5094 | – | – | 3,000 |
| 21 | 5/25/2016 | 5102 | 1,200 | – | 1,890 |
| 22 | 6/2/2016 | 5112 | 3,240 | 600 | 1,200 |
| 23 | 6/10/2016 | 5123 | 600 | – | 2,040 |
| 24 | 6/13/2016 | 5125 | 1,800 | – | 1,800 |
| 25 | 7/1/2016 | 5146 | 1,500 | 600 | 2,940 |
| 26 | 7/6/2016 | 5148 | 1,200 | 400 | – |
| 27 | 7/8/2016 | 5153 | – | – | 2,520 |
| 28 | 7/11/2016 | 5154 | 2,880 | – | – |
| 29 | 7/12/2016 | 5159 | – | 600 | 1,200 |
| 30 | 7/15/2016 | 5164 | 1,800 | 1,440 | – |
| 31 | 7/20/2016 | 5173 | 600 | – | 1,440 |
| 32 | 7/26/2016 | 5180 | 300 | – | 200 |
| 33 | 7/26/2016 | 5181 | 3,240 | – | 1,200 |
| 34 | 8/2/2016 | 5187 | – | – | 1,500 |
| 35 | 8/3/2016 | 5188 | – | 1,200 | – |

| Overt Act | Date | Invoice No. | Pill Quantity | | |
|---|---|---|---|---|---|
| | | | White Pills: "X Again" & "X Monster" | Gold Pills: "Master Zone" & "Royal Master" | Silver Pills: "One More Knight" & "Own the Knight" |
| 36 | 8/4/2016 | 5192 | 3,000 | – | – |
| 37 | 8/4/2016 | 5194 | – | – | 2,640 |
| 38 | 8/12/2016 | 5202 | – | 2,040 | – |
| 39 | 8/15/2016 | 5203 | 3,000 | – | 1,200 |
| 40 | 8/26/2016 | 5221 | – | 1,200 | – |
| 41 | 9/1/2016 | 5231 | 1,440 | – | – |
| 42 | 9/7/2016 | 5241 | 1,200 | – | – |
| 43 | 10/6/2016 | 5259 | 1,200 | – | 720 |
| 44 | 10/10/2016 | 5269 | 1,800 | – | – |
| 45 | 10/13/2016 | 5273 | 1,200 | – | – |
| 46 | 10/14/2016 | 5278 | – | 1,200 | – |
| 47 | 10/17/2016 | 5287 | 1,440 | 720 | – |
| 48 | 10/18/2016 | 5291 | – | – | 1,700 |
| 49 | 10/19/2016 | 5295 | – | – | 1,440 |
| 50 | 10/21/2016 | 5296 | – | – | 600 |
| 51 | 11/2/2016 | 5322 | – | – | 1,100 |
| 52 | 11/7/2016 | 5333 | 1,800 | – | – |
| 53 | 11/11/2016 | 5339 | 300 | – | – |
| 54 | 11/14/2016 | 5343 | 1,440 | – | – |
| 55 | 11/17/2016 | 5345 | 1,800 | 600 | – |
| 56 | 11/18/2016 | 5347 | – | – | 1,440 |
| 57 | 11/23/2016 | 5360 | – | – | 1,200 |
| 58 | 12/2/2016 | 5367 | 1,200 | 1,200 | – |
| 59 | 1/5/2017 | 5372 | – | – | 1,200 |
| 60 | 1/13/2017 | 5389 | 2,400 | 300 | 1,200 |
| 61 | 1/17/2017 | 5399 | 600 | – | – |
| 62 | 1/23/2017 | 5413 | – | 600 | 1,800 |

//

//

//

//

| Overt Act | Date | Invoice No. | Pill Quantity | | |
|---|---|---|---|---|---|
| | | | White Pills: "X Again" & "X Monster" | Gold Pills: "Master Zone" & "Royal Master" | Silver Pills: "One More Knight" & "Own the Knight" |
| 63 | 1/27/2017 | 5425 | 3,000 | – | 600 |
| 64 | 2/3/2017 | 5436 | 2,400 | 1,200 | – |
| 65 | 2/7/2017 | 5443 | – | 1,440 | – |
| 66 | 2/10/2017 | 5447 | 1,200 | – | 2,400 |
| 67 | 2/14/2017 | 5464 | 900 | – | – |
| 68 | 2/17/2017 | 5468 | – | – | 1,200 |

TRACY L. WILKISON
Acting United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

MARK A. WILLIAMS
Assistant United States Attorney
Acting Chief, Environmental and
Community Safety Crimes Section

MATTHEW W. O'BRIEN
Assistant United States Attorney
Environmental and Community
Safety Crimes Section